**Ana Gloria AVALOS–ESCALANTE,
Petitioner,**

v.

**Eric H. HOLDER Jr., Attorney
General, Respondent.**

**No. 08–70488.**

United States Court of Appeals,
Ninth Circuit.

Submitted Dec. 15, 2009 *.

Filed Dec. 28, 2009.

Andrew J. Fishkin, Law Office of Andrew J. Fishkin, P.C., Bakersfield, CA, for Petitioner.

Susan B. Houser, Justin Robert Markel, Carl H. McIntyre, Jr., T. Bo Stanton, OIL, DOJ—U.S. Department of Justice, Washington, DC, CAC–District Counsel, Office of the District Counsel Department of Homeland Security, Los Angeles, CA, Ronald E. Lefevre, Office of the District Counsel Department of Homeland Security, San Francisco, CA, for Respondent.

Before: GOODWIN, WALLACE and FISHER, Circuit Judges.

MEMORANDUM **

Ana Gloria Avalos–Escalante, a native and citizen of El Salvador, petitions pro se for review of a Board of Immigration Appeals order dismissing her appeal from an immigration judge's decision denying her application for asylum, withholding of removal and protection under the Convention Against Torture (CAT). We have jurisdiction under 8 U.S.C. § 1252. We review factual findings for substantial evidence, *Santos–Lemus v. Mukasey*, 542 F.3d 738, 742 (9th Cir.2008), and deny the petition for review.

Substantial evidence supports the Board's denial of asylum and withholding of removal because Avalos–Escalante failed to show her alleged persecutors threatened her on account of a protected ground. Her fear of future persecution based on an actual or imputed anti-gang or anti-crime opinion is not on account of the protected ground of either membership in a particular social group or political opinion. *See Ramos Barrios v. Holder*, 581 F.3d 849, 854–56 (9th Cir.2009); *Santos–Lemus*, 542 F.3d at 745–46; *see Ochave v. INS*, 254 F.3d 859, 865 (9th Cir.2001) ("Asylum generally is not available to victims of civil strife, unless they are singled out on account of a protected ground.")

Substantial evidence also supports the Board's denial of CAT relief based on the Board's finding that Avalos–Escalante did not establish a likelihood of torture by, at the instigation of, or with the consent or acquiescence of the El Salvadoran government. *See Arteaga v. Mukasey*, 511 F.3d 940, 948–49 (9th Cir.2007).

**PETITION FOR REVIEW DENIED.**

---

* The panel unanimously concludes this case is suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

** This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36–3.